## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

James McHugh,

    Plaintiff,

        v.                                            Case No.   1:23cv366

Secretary of Veterans Affairs,

    Defendant.

### ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 30, 2023 (Doc. 10).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner.   *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's R&R (Doc. 10) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 10) of the Magistrate Judge is hereby **ADOPTED.**   More than thirty days after the August 7, 2023 Order was filed the defendant has failed to comply with the Court's Orders. Consistent with the recommendation by the Magistrate Judge, this matter is **DISMISSED** without prejudice and terminated on the docket of this Court.

    **IT IS SO ORDERED.**

                         *s/Michael R. Barrett*
                         Michael R. Barrett, Judge

United States District Court